UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY      Sworn, J
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03 AUG 2011
```

SOJOURNER HARDEMAN,

          Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

          Defendants.

11-CV-3424 (RJH) (JCF)

**Order to Show Cause**

Upon the annexed declaration of David B. Rankin, the memorandum of law, declarations of plaintiff and all exhibits filed in support of the moving papers, and upon the copy of the complaint hereto annexed, it is

ORDERED, That the defendants or their attorneys show cause before a motion term of this Court, at Room 17B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on September 15, ___, 2011 at 2:00 o'clock in the after noon or as soon thereafter as counsel may be heard, before the Honorable Richard J Holwell, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of this action from:

1. Arresting or citing, or threatening to arrest or cite plaintiff for obstructing pedestrian traffic absent evidence that she, individually, is actually obstructing pedestrian traffic in violation of New York Penal Law § 240.20(5).

*It is further* ORDERED, That, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary

injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendants are temporarily restrained and enjoined from:

1. Arresting or citing, or threatening to arrest or cite plaintiff for obstructing pedestrian traffic absent evidence that she, individually, is actually obstructing pedestrian traffic in violation of New York Penal Law § 240.20(5).

*It is further* ORDERED, That that a copy of this Order, together with the papers upon which it is granted be personally served upon the defendants' counsel on or before __5:00__ o'clock in the __after__ noon, __August__ __3__, 2011 shall be deemed good and sufficient service thereof.

*It is further* ORDERED, That defendants shall serve by hand delivery upon plaintiffs' counsel any opposition to the above motion no later than __4:00__ o'clock in the __after__ noon, __August__ __19__, 2011; and that plaintiffs shall serve by hand delivery upon defendants' counsel any reply in support of the above motion no later than __4:00__ o'clock in the __after__ noon, __September__ __9__, 2011. Courtesy copies of all papers must be provided contemporaneously for the chambers of Judge Holwell.

Dated: New York, New York
August 3, 2011

Issued: _____ __.m.

_____ Part I
U.S.D.J.   LAURA TAYLOR SWAIN